UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALEJANDRO ESPINOZA,   CASE NO. 1:22-cv-23106-KMW
    Plaintiff,

vs.

PACIFIC SUNWEAR STORES, LLC.,
Foreign for Profit Corporation
    Defendant,
_____/

### JOINT NOTICE/STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff, ALEJANDRO ESPINOZA, through undersigned attorney Diego G. Mendez and Richard J Adams, pursuant to the Federal Rules Civil Procedure 41(a)(1)(ii) files this Joint Notice/Stipulation of Voluntary Dismissal with Prejudice against Defendant, PACIFIC SUNWEAR STORES, LLC.. All claims and counter claims by all parties are hereby dismissed with prejudice by stipulation. Each party shall bear their own attorney fees and costs.

Submitted by:

| | |
|---|---|
| Mendez Law Offices, PLLC | Seyfarth Shaw LLP |
| Attorneys for Plaintiff | Attorney for Defendant |
| P.O. BOX 228630 | 1075 Peachtree Street, NE |
| Miami, Florida 33172 | Suite 2500 |
| Telephone: 305.264.9090 | Atlanta, GA 30309 |
| Facsimile: 1-305.809.8474 | (404) 885-1500 |
| Email:info@mendezlawoffices.com | Email: adrummond@seyfarth.com |
| By: /s/ | By: /s/_____. |
| DIEGO GERMAN MENDEZ, ESQ. | ALEXANDRE S DRUMMOND |
| FL BAR NO.: 52748 | |

Adams & Associates, P.A.
Attorneys for Plaintiff
6500 Cowpen Road, Suite 101
Miami Lakes, FL  33014
Telephone:  305-824-9800
Facsimile:  305-824-3868
Email: radamslaw@bellsouth.net
By: _____/s/_____
RICHARD J. ADAMS, ESQ
FL BAR NO.: 770434

                                      ###